## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHN R TAYLOR,        )
                )
        Plaintiff,     )
                )    1 04CV1132
    v.             )
                )
COMMANDANT OF U S MC MSRB,  )
                )
        Defendant  )

### J-U-D-G-M-E-N-T

On March 30, 2005, the undersigned Magistrate Judge entered a Recommendation that the court grant Defendant's motion to dismiss under Rule 12 (b)(1) for lack of subject matter jurisdiction and under Rule 12 (b)(6) for failure to state a claim In the intervening time, on consent of the parties, the case has been assigned to the undersigned to conduct all proceedings including a jury or nonjury trial, order the entry of final judgment, and conduct all post-judgment proceedings Also, in the intervening time, there has been no objection to the Recommendation although the time for objection has long since run

Now, therefore, in accordance which the Recommendation and for the reasons set out therein, Defendant's motion to dismiss (docket no 10) under Rule 12 (b)(1) for lack of subject matter jurisdiction and under Rule 12 (b)(6) for failure to state a claim is **GRANTED** It is **HEREBY ORDERED, ADJUDGED, AND DECREED** that this case be dismissed with prejudice

_Wallace W Dixon_
Wallace W Dixon
United States Magistrate Judge

August 2, 2005